OSCN Found Document:AMENDMENT TO RULE 16 OF RULES OF STATE BD. OF EXAMINERS OF CERTIFIED COURTROOM INTERPRETERS

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 
 Court Dockets
 

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 AMENDMENT TO RULE 16 OF RULES OF STATE BD. OF EXAMINERS OF CERTIFIED COURTROOM INTERPRETERS
2015 OK 44
Decided: 06/15/2015
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2015 OK 44, __ P.3d __

 
NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

 

 

IN RE: AMENDMENT TO RULE 16 OF THE RULES OF THE STATE BOARD OF EXAMINERS OF CERTIFIED COURTROOM INTERPRETERS

ORDER

The Supreme Court of Oklahoma hereby adopts the amendment to Rule 16 of the Rules of the State Board of Examiners of Certified Courtroom Interpreters, Title 20, Ch. 23, Appendix II, as submitted to this Court with the approval of the Board of Examiners of Certified Courtroom Interpreters. Effective immediately, Rule 16 is amended as set forth in the attached Exhibit.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 15th DAY OF JUNE, 2015.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR

 

 

EXHIBIT

OKLAHOMA STATUTES, TITLE 20 - Courts
CHAPTER 23 - Courtroom Interpreters

Appendix II - Rules of the State Board of Examiners of Certified Courtroom Interpreters

Rule 16. Enrollment 

a) As provided in 20 O.S. §1702, the Board is authorized to determine and establish levels of interpreter certifications and specialization certificates, as the Board deems necessary and appropriate. Accordingly, the two levels of spoken-language interpreter certification recognized in the Oklahoma courts are "Registered" and "Certified." All candidates who successfully meet the certification requirements set forth in these Rules and have otherwise been found and approved by the Board to be fit and proper persons shall be recommended by the Board to the Supreme Court for official enrollment as Certified or Registered Courtroom Interpreters. Any individual enrolled as a Certified or Registered Interpreter is qualified to engage in courtroom interpreting and translating in the Oklahoma state courts, and is hereby recognized as "a certified courtroom interpreter or translator" for the purposes of 20 O.S. §1703(E). The Administrative Office of the Courts shall maintain the current roll (also referred to as the "registry") of all active Registered and Certified Courtroom Interpreters.

b) Provisional Status Interpreters do not become officially enrolled, and do not hold an official certification. The purpose of provisional status is to provide the courts with a temporary list of minimally qualified interpreters while the Oklahoma interpreter certification program is under development.

c) The court shall endeavor to obtain the services of a courtroom interpreter with the highest available level of credential prior to accepting services of an interpreter with lesser certification and skill.

d) As provided in 20 O.S. §1710, when good cause is shown and the court has determined that it would not be practical, within a reasonable time frame, to secure the services of a Registered or Certified Interpreter, the court may utilize the services of a Provisional Interpreter or other person who does not hold a Registered or Certified credential. Whenever possible, any court proceeding interpreted by a Provisional Interpreter, Registered Interpreter, or other person who is not enrolled as a Registered or Certified Interpreter shall be audio recorded and the recording shall be made an official part of the record as required by 20 O.S. §1710 and Supreme Court Rule 1.410.





 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 Title 20. Courts
 Cite
Name
Level

 20 O.S. Rule 16, Enrollment
Cited


 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 Title 20. Courts
 Cite
Name
Level

 20 O.S. 1702, Duties and Powers of State Board of Examiners of Certified Courtroom Interpreters
Cited
 20 O.S. 1703, Qualifications of Applicants for Certification - Certification Required - Provisional Certification
Cited
 20 O.S. 1710, Use of Services of Non-Certified Person - Good Cause
Discussed